**ORNATUBE ENTERPRISE CO., LTD., A Taiwan, Republic of China Corporation, Plaintiff,**

v.

**UNITED STATES of America, Defendant,**

and

**Hannibal Industries, Inc., Defendant– Intervenor.**

Slip Op. No. 95–200.
Court No. 92–07–00444.

United States Court of International Trade.

Dec. 5, 1995.

**990**

Liang–Houh Shieh, Pasadena, CA, for plaintiff.

Frank W. Hunger, Assistant Attorney General; David M. Cohen, Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice (Jeffrey M. Telep), Washington, DC, for defendant.

Schagrin Associates (R. Alan Luberda), Washington, DC, for defendant-intervenor.

## OPINION

MUSGRAVE, Judge.

On November 15, 1994, this Court issued an order directing plaintiff's counsel not to engage further in insolent, unfounded and scandalous attacks upon the other parties to this litigation, or this Court. Plaintiff's counsel nonetheless continued to file non-responsive, inflammatory and scandalous documents with this Court. Accordingly, on December 23, 1994, plaintiff's counsel was ordered to show cause why plaintiff's case should not be dismissed pursuant to Rule 11 for submitting papers before this Court which are not well grounded in fact, not made in good faith, and which are interposed for an improper purpose; pursuant to Rule 41(b) for failure to prosecute this case with due diligence; and for failure to comply with the rules and orders of this Court.

Plaintiff's counsel has recently filed papers with this Court requesting that the Court take judicial notice of criminal and civil complaints in the Republic of China against opposing counsel, as well as the United States Department of Commerce and the United States; and has alleged that "all decisions, orders and slip opinions made by this court and by the DOC are the products of crimes and unethical conduct, and are void and null." This egregious conduct blatantly violates the rules and orders of this Court and will no longer be tolerated. Therefore, it is ordered that this action be dismissed, pursuant to Rule 41(b), without prejudice.

## JUDGMENT

Upon consideration of all papers filed in this action, and upon serious deliberation, having rendered an opinion herein, and in conformity with that opinion, it is hereby

**ORDERED** that this case is dismissed pursuant to Rule 41(b), without prejudice; it is further

**ORDERED** that plaintiff ORNATUBE ENTERPRISE CO., LTD. be served with a copy of this opinion and judgment.

